ACCEPTED
03-14-00197-CV
6018124
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/10/2015 1:33:23 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RANCE CRAFT
ASSISTANT SOLICITOR GENERAL

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/10/2015 1:33:23 PM
JEFFREY D. KYLE
Clerk

(512) 936-2872
RANCE.CRAFT@TEXASATTORNEYGENERAL.GOV

July 10, 2015

Mr. Jeffrey D. Kyle, Clerk                    **Via File & Serve Xpress**
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re: *Graphic Packaging Corporation v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas*, No. 03-14-00197-CV
**Update to Authority Cited in Brief of Appellees**

Dear Mr. Kyle:

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, provide this notice that a cited authority in the Brief of Appellees should be updated. On page 52, footnote 6, Appellees cited *Kimberly-Clark Corp. v. Comm'r of Revenue*, No. 8670-R (Minn. Tax Ct.) (to be argued Mar. 19, 2015). The Minnesota Tax Court recently issued its decision in that case. *Kimberly-Clark Corp. v. Comm'r of Revenue*, No. 8670-R, 2015 WL 3843986 (Minn. Tax. Ct. June 19, 2015) (en banc) (Order Granting the Commissioner's Motion for Summary Judgment).

Please distribute this letter to the Justices of the panel. Thank you for your assistance with this matter.

Sincerely,

/s/ Rance Craft

Rance Craft
Assistant Solicitor General
Texas Bar No. 24035655

Mr. Jeffrey D. Kyle
*Graphic Packaging Corp. v. Hegar*
No. 03-14-00197-CV
Update to Authority Cited in Brief of Appellees
July 10, 2015
Page 2

RLC/vlc

cc:    Amy L. Silverstein (*via File & Serve Xpress e-service*)
       James F. Martens (*via File & Serve Xpress e-service*)
       Amanda G. Taylor (*via File & Serve Xpress e-service*)